# EXHIBIT LIST

| Exhibit 1 | Hege Affidavit |
|---|---|
| Exhibit 2 | November 10, 1997 responding to November 4, 1997 inquiry from Oklahoma Department of Insurance |
| Exhibit 3 | Local Rule 7.05 (A)(4) Appendix of Unpublished and Out of Region cases |
| Exhibit 4 | Kentucky Office of Insurance DOI Order dated August 2, 2006 |
| Exhibit 5 | The Cancer Answer Plus Flyer |
| Exhibit 6 | Class Action Settlement Notice |
| Exhibit 7 | State Law Index |
| Exhibit 8 | Hege Objection Letter |
| Exhibit 9 | SC Objectors' Supplemental Materials In Support of Objection |
| Exhibit 10 | Transcript Excerpts from Arkansas Hearing |
| Exhibit 11A & 11B | Appellant Daniel Crager's June 9, 2010 Abstract and Brief; Appellant Audry Hunter's June 23, 2010 Abstract and Brief |
| Exhibit 12 | Martin H. Redish & Andrianna D. Kastanek, "*Settlement Class Actions, the Case-or-Controversy Requirement, and the Nature of The Adjudicatory Process*," |
| Exhibit 13 | *Runyan* Transcript of April 23, 2009 at 6:16-18 |
| Exhibit 14 | *Runyan* Transcript of September 16, 2009 at 13:3-11 |
| Exhibit 15 | Declaration of Markham R. Leventhal at ¶¶ 7 and 8 (filed in *Smith v. Life Investors* |
| Exhibit 16 | Declaration of Markham R. Leventhal at ¶¶ 7 and 8 (filed in *Lindley v. Life Investors* |
| Exhibit 17 | Declaration of John Kelly Adams at ¶ 6 |
| Exhibit 18 | *Runyan* Transcript of November 9, 2009 |
| Exhibit 19 | *Runyan* Transcript of September 17, 2009 |
| Exhibit 20 | *Runyan* Transcript of January 19, 2010 |
| Exhibit 21 | Defendants' January 28, 2010 correspondence to the *Runyan* court |

| Exhibit 22 | February 4, 2010 *Runyan* order |
| --- | --- |
| Exhibit 23 | December 14, 2009 correspondence from Defendants' local counsel |
| Exhibit 24 | *Runyan* order denying objectors' requests for limited discovery |
| Exhibit 25 | *McLuaghlin* Order granting Rule 56(f) discovery |