UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON/AIKEN/SPARTANBURG DIVISIONS

| | | |
|---|---|---|
| Hege, *et al.* v. Aegon USA, LLC, *et al.* | ) | C/A No.: 8:10-cv-1578-GRA |
| | ) | |
| Bowman v. Aegon USA, LLC, *et al.* | ) | C/A No.: 7:10-cv-1630-GRA |
| | ) | |
| Miller v. Aegon USA, LLC, *et al.* | ) | C/A No.: 7:10-cv-1631-GRA |
| | ) | |
| Bridgmon v. Aegon USA, LLC, *et al.* | ) | C/A No.: 1:10-cv-1635-GRA |
| _____ | ) | |

**ORDER**

These matters are before the Court on Plaintiffs' consolidated Motion to Compel and consolidated Omnibus Motion to Compel Production of Documents.

On March 8, 2011, this Court ordered the parties to make all reasonable efforts to resolve the dispute embodied in the above-mentioned motions. The Court also ordered that if any documents remained in dispute after thirty days, Transamerica would submit them to the Court for *in camera* review, and the parties would file concise, non-argumentative statements identifying each document and the ground(s) for the continued dispute for each document (*e.g.*, attorney–client privilege).

The Court entered its order before Transamerica responded to either of Plaintiffs' motions, and the thirty-day resolution period exceeded the deadline for Transamerica to file responses to either motion. *See* Local Civil Rule 7.06 DSC. Accordingly, the Court shall provide Transamerica seven (7) days to file responses.

IT IS THEREFORE ORDERED that Transamerica Life Insurance Company shall have seven (7) days from the date of entry of this Order to file responses to Plaintiffs' consolidated Motion to Compel (*Hege*, ECF No. 66; *Bowman*, ECF No. 30; *Miller*, ECF No. 31; *Bridgmon*, ECF No. 36) and consolidated Omnibus Motion to Compel Production of Documents (*Hege*, ECF No.69, *Bowman*, ECF No. 33; *Miller*, ECF No. 34; *Bridgmon*, ECF No. 39). Transamerica's responses shall address only the remaining documents it submitted to this Court on April 8, 2011, for *in camera* review.

**IT IS SO ORDERED.**

G. Ross Anderson, Jr.
Senior United States District Judge

April  12 , 2011
Anderson, South Carolina