IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ANDERSON DIVISION

| | | |
|---|---|---|
| STEPHEN K. HEGE AND LINDA S. HEGE, | ) ) ) | Case No. 8:10-CV-1578-GRA |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | **PLAINTIFFS' MOTION TO QUASH SUBPOENAS AND FOR PROTECTIVE ORDER** |
| AEGON USA, LLC, f/k/a AEGON USA INC.; and TRANSAMERICA LIFE INSURANCE COMPANY f/k/a LIFE INVESTORS INSURANCE COMPANY OF AMERICA, | ) ) ) ) ) ) | |
| Defendants. | ) | |

COME NOW Stephen K. Hege and Linda S. Hege, by and through their attorneys, and, for the reasons herein as well as those set forth in the attached memorandum, hereby respectfully move to quash Defendants' subpoenas served upon SunTrust Bank and/or SunTrust Banks, Inc. and Greenville First Bank pursuant to Fed.R.Civ.P. 45(c)(3) and for a Protective Order pursuant to Fed.R.Civ.P. 26(c), or in the alternative to limited the scope of Plaintiff's subpoena.

Respectfully submitted this 26th day of April, 2011.

ATTORNEYS FOR PLAINTIFFS

*/s/ Andrew J. Johnston*

**Andrew J. Johnston**
Post Office Box 3252
Spartanburg, South Carolina 29304
Phone: (864) 591-1093
Fax:     (864) 591-1371
Email: ajohnston@spartanburglegal.com

Patrick E. Knie
**Patrick E. Knie, PA**
Post Office Box 5159
Spartanburg, South Carolina 29304-5159
Phone: (864) 582-5118
Fax:    (864) 585-1615
Email: pknie@knielaw.com

**Gary E. Clary**
111-2 Hammock Court
Central, South Carolina 29630
Phone:  (864) 415-0886
Fax:    (864)250-8829
Email:  gclarvi@bellsouth.net

Susan F. Campbell (Fed ID# 9002)
MCGOWAN, HOOD & FELDER, LLC
1517 Hampton Street
Columbia, South Carolina, 29201
Telephone: (803) 779-0100
Facsimile: (803) 787-0750
Email:  scampbell@mcgowanhood.com

Spartanburg, South Carolina