IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG/AIKEN/ANDERSON DIVISIONS

| | |
|---|---|
| HEGE, et al. v. AEGON USA, LLC, et al.   ) | CASE NO.  8:10-CV-1578-GRA |
| BOWMAN v. AEGON USA, LLC, et al.   ) | CASE NO.  7:10-CV-1630-GRA |
| MILLER v. AEGON USA, LLC, et al.   ) | CASE NO.  7:10-CV-1631-GRA |
| BRIDGMON v. AEGON USA, LLC, et al.   ) | CASE NO.  1:10-CV-1635-GRA |
| ) | |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that these actions have been settled.  The parties are completing settlement documentation and will seek a dismissal of these actions with prejudice within the next twenty-one (21) days.

Dated:  May 15, 2011.

    Respectfully submitted,

By: _/s/ Brent O. E. Clinkscale_
Brent O. E. Clinkscale (Fed. ID No. 5155)
Michael S. Cashman (Fed. ID No. 9937)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
550 South Main, Suite 400
Greenville, SC 29601
Phone:  (864) 255-5408
Fax:  (864) 255-5488
E-mail:  BClinkscale@wcsr.com

*Attorneys for Defendants Transamerica Life Insurance Company and AEGON USA, LLC*